**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ADRIAN LARRY**                                                                                      **PLAINTIFF**

**v.**                                                                                                 **No. 4:26-cv-23-DAS**

**MARCUS McCLURE, et al.**                                                                            **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause.  On February 20, 2026, the court entered an order requiring the plaintiff to submit a completed *in forma pauperis* application. Doc. [5].  The court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice.  Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has passed.  This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 6th day of July, 2026.

  _/s/David A. Sanders_
**U.S. Magistrate Judge**